U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-CV-24441-FAM

GARY DEAR, as parent and
next friend of JUSTIN DEAR,
a minor,

    Plaintiff,
vs.

ROYAL CARIBBEAN CRUISES, LTD.,
A Liberian Corporation

    Defendant
_____/

## NOTICE OF SETTLEMENT

Plaintiff and Defendant hereby notify the Court that all claims and causes of action between or among the parties have been amicably resolved, pending execution of all settlement documents. The parties shall file a Joint Stipulation for Dismissal forthwith.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on February 24, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

    BY:  */s/ Glenn J. Holzberg*
           GLENN J. HOLZBERG
           Fla. Bar Number: 369551

Dear v. Royal Caribbean Cruises, Ltd.<br>
Case No.: 14-CV-24441-FAM<br>
Page 2

## SERVICE LIST

**Glenn J. Holzberg, Esq.**
Email: glenn@holzberglegal.com
LAW OFFICE OF GLENN J. HOLZBERG
Offices at Pinecrest II, Suite 220
7685 SW 104th Street
Miami, Florida 33156
Tel:   (305) 668-6410
Fax: (305) 667-6161
*Attorney for Plaintiff*

**Natasha K. Alcivar, Esq.**
Email: nalcivar@rccl.com
ROYAL CARIBBEAN CRUISES LTD.
Attorneys for Defendant
1050 Caribbean Way
Miami, Florida 33132
Tel: (305) 359-3943
Alt.: (305) 539-4457
Fax: (305) 539-8101
*Attorney for Defendant*