U.S. DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 14-CV-24441-FAM

GARY DEAR, as parent and
next friend of JUSTIN DEAR,
a minor,

    Plaintiff,
vs.

ROYAL CARIBBEAN CRUISES, LTD.,
A Liberian Corporation

    Defendant
_____/

**PLAINTIFF'S MOTION TO APPROVE SETTLEMENT**

    The Plaintiff, **GARY DEAR**, as parent and next friend of **JUSTIN DEAR**, a minor, by and through their undersigned counsel, hereby file this Motion to Approve Settlement, and state as follows:

    1.    This case arises from a maritime personal injury action in which the minor Plaintiff, **JUSTIN DEAR**, sustained personal injuries while onboard the Royal Caribbean *Liberty of the Seas.*

    2.    On February 16, 2013, the Plaintiff, minor child, **JUSTIN DEAR**, was seriously injured when he slipped and fell on a wet substance between the bathroom stall and the sink in the women's restroom on Deck Three, seriously injuring his left and right arms.

    3.    On or about February 24, 2015, the parties reached an amicable resolution of this matter in the amount of $50,000.00.

    **WHEREFORE**, Plaintiffs respectfully request that this Honorable Court enter an

Order approving the settlement of this case.

## CERTIFICATE OF GOOD FAITH UNDER LOCAL RULE 7.1

Pursuant to Southern District of Florida, Local Rule 7.1, counsel for the Plaintiff certifies that he has contacted Defendant's counsel, via telephone, to confer in an attempt to obtain agreement to the relief sought by this motion. Counsel for Defendant indicated there was no objection to Plaintiff filing this instant Motion.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 9, 2015, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

BY: */s/ Glenn J. Holzberg*
GLENN J. HOLZBERG
Fla. Bar Number: 369551

## SERVICE LIST

**Glenn J. Holzberg, Esq.**
Email: glenn@holzberglegal.com
LAW OFFICE OF GLENN J. HOLZBERG
Offices at Pinecrest II, Suite 220
7685 SW 104th Street
Miami, Florida 33156
Tel:    (305) 668-6410
Fax: (305) 667-6161
*Attorney for Plaintiff*

**Natasha K. Alcivar, Esq.**
Email: nalcivar@rccl.com
ROYAL CARIBBEAN CRUISES LTD.
Attorneys for Defendant
1050 Caribbean Way
Miami, Florida 33132
Tel: (305) 359-3943
Alt.: (305) 539-4457
Fax: (305) 539-8101
*Attorney for Defendant*