UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

**Case Number: 14-24441-CIV-MORENO**

GARY DEAR, as parent and next friend of JUSTIN
DEAR, a minor,

    Plaintiff,

vs.

ROYAL CARIBBEAN CRUISES LTD., a Liberian
corporation,

    Defendant.
_____/

**FINAL ORDER OF DISMISSAL AND
ORDER DENYING ALL PENDING MOTIONS AS MOOT**

    THIS CAUSE came before the Court upon Plaintiff's Motion to Approve Settlement **(D.E. No. 16)**, filed on **March 9, 2015**, and the parties' Stipulation of Dismissal with Prejudice **(D.E. No. 17)**, filed on **March 10, 2015**. It is

    ADJUDGED that in light of the parties settling this action this case is **DISMISSED WITH PREJUDICE** in accordance with the settlement agreement. It is also

    ADJUDGED that all pending motions are **DENIED** as moot. The Clerk is directed to close the case.

    DONE AND ORDERED in Chambers at Miami, Florida, this 13th day of March, 2015.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record